Argued and submitted June 9, affirmed August 6, 1986

In the Matter of the Conservatorship of
Jean Weinstein, a protected person.

ORANS,
*Appellant,*

*v.*

WILLIS,
*Respondent.*

(7815 and/or 7915; CA A35365)

722 P2d 744

Scott W. McGraw, Corvallis, argued the cause for appellant. On the briefs was Guy B. Rencher II, Corvallis.

J. Britton Conroy, Corvallis, argued the cause and filed the brief for respondent.

Before Warden, Presiding Judge, and Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

This appeal arises out of an attempt by a grandson, aided and abetted by his mother, to have the grandmother's conservator removed. He lost in the trial court and has appealed. The matter is before us on *de novo* review. On the basis of that review, we determine that the case and the appeal are without any discernible merit whatsoever and should not, in good conscience, have ever been initiated, let alone appealed.

Affirmed.